UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NANCY MARIE HOLZWORTH,

       Plaintiff,                             Civil Action No. 12-cv-12635
                                                HON. BERNARD A. FRIEDMAN
vs.                                                  MAG. JUDGE MICHAEL HLUCHANIUK

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.
_____/

**MEMORANDUM OPINION AND ORDER**

       This matter is before the Court on Magistrate Judge Michael Hluchaniuk's Report and Recommendation ("R&R") dated July 30, 2013 [docket entry 12]. Plaintiff has not filed an objection to the R&R pursuant to Fed. R. Civ. P. 72(b)(2).

       The Court had an opportunity to fully review this matter and believes that the magistrate judge reached the correct conclusions for the proper reasons. Accordingly,

       IT IS ORDERED that Magistrate Judge Michael Hluchaniuk's Report and Recommendation dated July 30, 2013, is hereby accepted and adopted.

IT IS FURTHER ORDERED that the Commissioner's motion for summary judgment is granted [docket entry 11].

IT IS FURTHER ORDERED that plaintiff's motion for summary judgment is denied [docket entry 8].

Dated: August 21, 2013  S/ Bernard A. Friedman_____
       Detroit, Michigan  BERNARD A. FRIEDMAN
                                         SENIOR UNITED STATES DISTRICT JUDGE